JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZAYDA SANTIZO, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. CV 14-2245 DSF(RZx)<br><br>**ORDER TRANSFERRING ACTION TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, PURSUANT TO 28 U.S.C. § 1404(a)** |

Having considered plaintiff Zayda Santizo and defendant Urban Outfitters, Inc.'s Stipulation to Transfer Venue to the U.S. District Court for the Northern District of California, San Francisco Division, Pursuant to 28 U.S.C. § 1404(a), and for good cause shown, it is **HEREBY ORDERED** as follows:

1. The above-captioned matter is hereby transferred to the United States District Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated:  3/31/14

_____

The Honorable Dale S. Fischer
United States District Judge

SF01/ 935135.1